UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIN KWOK KEUNG,                                           CASE NO: 1:25-cv-03383-JLR

    Plaintiff,

vs.

IRREGULAR MIKES LLC, a New York limited liability company, d/b/a IRREGULARS, and 1152 FIRST AVENUE LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, LIN KWOK KEUNG, and Defendant, 1152 FIRST AVENUE LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. The parties respectfully request a sixty (60) day Order of Dismissal to be issued in this matter.

Dated: This 29th day of July, 2025.

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    *Attorney for Plaintiff*

By: /S/ Joseph J. Lynett
    Joseph J. Lynett, Esq.
    Jackson Lewis P.C.
    666 Third Avenue. 28th Floor
    New York, NY 10017
    Telephone: (212) 545-4000
    Email: joseph.lynett@jacksonlewis.com
    *Attorneys for 1152 First Avenue LLC.*