UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>        Plaintiff,<br><br>   -against-<br><br>IRREGULAR MIKES LLC, a New York limited liability company, d/b/a/ IRREGULARS, and 1152 FIRST AVENUE LLC, a New York limited liability company,<br><br>        Defendants. | Case No. 1:25-cv-03383 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at Dkt. 18 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty (60) days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by September 28, 2025**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: July 30, 2025
   New York, New York

                     SO ORDERED.

                     _____
                     JENNIFER L. ROCHON
                     United States District Judge